FILED

FEB 1 8 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: |
| Plaintiff, | ) **1:21 CR 123** |
| v. | ) |
| KENNETH JOHNSON, | ) MOTION TO SEAL INDICTMENT |
| GARNELL JAMISON and | ) |
| JOHN HOPKINS, | ) JUDGE ADAMS |
| Defendants. | |

Now comes the United States of America, by and through counsel, Bridget M. Brennan, Acting United States Attorney, and Justin Seabury Gould and Megan R. Miller, Assistant United States Attorneys, and respectfully moves this Court for an order sealing the attached secret indictment because federal agents intend to execute arrest warrants on the charged individuals and revealing that these individuals have been charged may complicate or make dangerous their arrest plan.

The government further requests this Court to order that an Assistant United States Attorney of the Criminal Division of the United States Attorney's Office for the Northern District of Ohio may obtain, upon request, a certified copy of this indictment should any defendants be located in another judicial district and a certified copy of this indictment is needed

for forwarding to that judicial district. See Rule 6(e)(4) of the Federal Rules of Criminal Procedure.

                                         Respectfully submitted,

                                         BRIDGET M. BRENNAN
                                         Acting United States Attorney

By: _____
           Justin Seabury Gould (OH: 0084584)
           Megan R. Miller (OH: 0085522)
           Assistant United States Attorney
           United States Court House
           801 West Superior Avenue, Suite 400
           Cleveland, OH 44113
           (216) 622-3869
           (216) 522-2403 (facsimile)
           Justin.Gould@usdoj.gov