IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21CR00123 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH JOHNSON, et al., | ) | MOTION FOR LEAVE TO FILE |
| | ) | |
| Defendants. | ) | |

Now comes the United States of America, by and through its counsel, Bridget M. Brennan, Acting United States Attorney, and Justin Seabury Gould and Megan R. Miller, Assistant U.S. Attorneys, and pursuant to the Court's *Standing Order RE: Fed.R.Crim.P. 17(c)(1)* seeks leave to file *ex parte* and under seal its application for permission to issue a subpoenas pursuant to Fed. R. Crim. P. 17(C).

Respectfully submitted,

BRIDGET M. BRENNAN
Acting United States Attorney

/s/ Justin Seabury Gould
Justin Seabury Gould (OH: 0084584)
Megan R. Miller (OH: 0085522)
Assistant United States Attorneys
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3744/3855
Justin.Gould@usdoj.gov
Megan.R.Miller@usdoj.gov