UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | CASE  NO. 1:21CR123 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| Kenneth Johnson | ) | |
| Garnell Jamison | ) | |
| | ) | |
| Defendants | ) | |

The Court revokes it's sealing order as to document #93  Government's Notice of

Potential 404(b) Evidence.


IT IS SO ORDERED.


July 22, 2021                                   /s/ John R. Adams
Date                                            John R. Adams
                                                U.S. District Judge