IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21CR123 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH JOHNSON, and | ) | <u>UNOPPOSED MOTION TO</u> |
| GARNELL JAMISON, | ) | <u>CONTINUE SENTENCING</u> |
| | ) | |
| Defendants. | ) | |
| | ) | |

     The United States of America, by and through Bridget M. Brennan, Acting United States Attorney, and Justin Seabury Gould and Megan R. Miller, Assistant United States Attorneys, moves this Honorable Court, without opposition from the defense, to continue the sentencing hearing currently set for October 8, 2021, to the end of November or beginning of December.

     Assistant United States Attorney Miller has been engaged in an extensive trial before the Honorable Pamela A. Barker since early September.  Due to several unforeseen delays, that trial is now not anticipated to finish by October 8, 2021.  Therefore, to allow AUSA Miller to attend sentencing in this matter, the government requests that the Court continue sentencing until the last two weeks of November or the first two weeks of December.  Counsel for the government has spoken both to Mr. Watson for defendant Kenneth Johnson, and Mr. Doughten for defendant Garnell Jamison, neither of whom objects to this request.

For the foregoing reason, the government asks this Court to continue sentencing in this matter until the end of November or the beginning of December 2021.

        Respectfully submitted,

        BRIDGET M. BRENNAN
        Acting United States Attorney

By:    /s/ *Justin Seabury Gould*
        Justin Seabury Gould (OH: 084584)
        Megan R. Miller (OH: 0085522)
        Assistant United States Attorneys
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, Ohio 44113
        Telephone: (216) 622-3869/3855
        Facsimile: (216) 522-2403
        Justin.Gould@usdoj.gov
        Megan.R.Miller@usdoj.gov